JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| POWER TIME INTERNATIONAL LOGISTICS, a foreign corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SKYLINE TRUCKING, INC., a California corporation; TOP ONE TRUCKING INC., a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 5:22-cv-01980 JGB (KKx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED**;

2. Final judgment be **ENTERED** in favor of Plaintiff against Defendant Skyline Trucking, Inc.;

3. Plaintiff is **AWARDED** $177,712.60, consisting of $177,128.40 in damages and $584.20 in costs; and

//

//

//

4. Plaintiff is **ORDERED** to mail a copy of this Order and Judgment to Defendant Skyline Trucking, Inc. Plaintiff shall file a proof of service with the Court within ten days of the date of this Order.

**IT IS SO ORDERED.**

Dated: January 19, 2024

THE HONORABLE JESUS G. BERNAL
United States District Judge